Brandon Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1400
Email: bhbrown@kirkland.com

*Attorney for Petitioners Sony Interactive Entertainment America LLC & Sony Interactive Entertainment Inc.*

ORIGINAL

FILED

NOV 21 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 17 80143 MISC

JSC

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT AMERICA LLC and SONY INTERACTIVE ENTERTAINMENT INC., <br><br> Petitioners, <br><br> v. <br><br> IMMERSION CORPORATION, <br><br> Respondent. | Case No. _____ <br><br> **UNOPPOSED PETITION TO CONFIRM ARBITRATION AWARD** |

PETITION TO CONFIRM ARBITRATION AWARD   1

## I. INTRODUCTION

1. This petition arises from an arbitration between Petitioners Sony Interactive Entertainment America LLC and Sony Interactive Entertainment Inc. ("Sony") and Respondent Immersion Corporation ("Immersion"), pursuant to the arbitration provision of a 2007 Agreement between the parties. The arbitration culminated in the issuance of a Final Award on August 21, 2017. Under the Federal Arbitration Act and New York Convention, Sony seeks confirmation of the Final Award.

## II. PARTIES

2. Sony Interactive Entertainment America LLC ("SIEA") is a California limited liability company with its principal place of business in San Mateo, California. SIEA is responsible for marketing and sales of PlayStation® videogame-related products in the U.S., Canada, and Latin America.

3. Sony Interactive Entertainment Inc. ("SIEI") is a Japanese corporation headquartered in Tokyo, Japan. SIEI is responsible for research & development, production, and sales of PlayStation® products.

4. Immersion is a Delaware corporation with its principal place of business in San Jose, California.

## III. JURISDICTION AND VENUE

5. Subject matter jurisdiction is proper in this Court under 9 U.S.C. § 203, which states that the United States district courts "shall have original jurisdiction" over any "action or proceeding falling under the [New York] Convention." This action falls under the Convention because it relates to an "arbitral award arising out of a legal relationship, . . . which is considered as commercial" and is not an "award arising out of such a relationship which is entirely between citizens of the United States." 9 U.S.C. § 202.

6. Personal jurisdiction is proper in this Court because Immersion resides in this district and has consented to personal jurisdiction in this Court in the parties' 2007 Agreement.

7. Venue is proper in this Court under 9 U.S.C. § 204 and 28 U.S.C. § 1391 because Immersion and SIEA reside in this district, the arbitration at issue occurred in this district, and

the location of arbitration specified in the parties' 2007 Agreement is within this district.

## IV. STATEMENT OF FACTS

8. On March 17, 2016, Immersion submitted a Demand for Arbitration Against Sony. Sony denied Immersion's assertions in its Response on April 14, 2016. The parties agreed to conduct arbitration before Judge A. Howard Matz (Ret.) under the auspices of Federal Arbitration Inc.

9. In May 2017, the parties participated in a merits hearing before the arbitrator in San Francisco.

10. On August 21, 2017, the arbitrator issued a Final Award in Favor of Sony. (Ex. A, 8/21/17 Final Award). Sony now seeks confirmation of the Final Award.

## V. ARGUMENT

11. Under the provisions of the FAA applicable to arbitrations falling under the New York Convention, "any party to the arbitration may apply . . . for an order confirming the award as against any other party to the arbitration." 9 U.S.C. § 207. Sony hereby petitions for an order confirming the Final Award.

12. As required under Article IV of the New York Convention, Sony has attached a copy of the Final Award and a (redacted) copy of the parties' 2007 Agreement. (Ex. A, 8/21/17 Final Award; Ex. B, 2007 Agreement).

13. Counsel for Immersion informed Sony that Immersion does not oppose this Petition. Further, the parties agree that in view of the Final Award in favor of Sony, the arbitrator's interim Order refusing to allow Sony to raise invalidity defenses is not subject to judicial review via a motion to vacate.

## VI. CONCLUSION

14. For the reasons given above, Sony respectfully requests that the Court confirm the Final Award.

| | |
|---|---|
| Dated: November 21, 2017 | Respectfully Submitted, |
| | By: */s/ Brandon Brown* |
| | Brandon Brown (SBN 266347) |
| | KIRKLAND & ELLIS LLP |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | Fax: (415) 439-1500 |
| | Email: bhbrown@kirkland.com |
| | |
| | *Attorney for Petitioners Sony Interactive Entertainment America LLC & Sony Interactive Entertainment Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2017, I served the foregoing document upon the following counsel of record via U.S. Mail and Electronic Mail:

Bryan Wilson
Marc Peters
MORRISON FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
mdpeters@mofo.com
bwilson@mofo.com

*Attorneys for Immersion Corporation*

/s/ Brandon Brown
Brandon Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500
Email: bhbrown@kirkland.com

*Attorney for Petitioners Sony Interactive Entertainment America LLC & Sony Interactive Entertainment Inc.*