Brandon Brown (SBN 266347)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1400
Email: bhbrown@kirkland.com

*Attorney for Petitioners Sony Interactive Entertainment America LLC & Sony Interactive Entertainment Inc.*

**RECEIVED**

NOV 2 1 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 17 80143 MISC JSC

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT AMERICA LLC and SONY INTERACTIVE ENTERTAINMENT INC., <br><br> Petitioners, <br><br> v. <br><br> IMMERSION CORPORATION, <br><br> Respondent. | Case No. _____ <br><br> **[PROPOSED] ORDER** |

The Court, having considered Sony's Unopposed Motion to Confirm Arbitration Award, hereby grants the motion. The August 21, 2017 Award in Favor of Sony is hereby confirmed.

**SO ORDERED:**

Dated: _____          _____